■ In the Matter of ANDRE LEWIS, Petitioner, v NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, Respondent. [10 NYS3d 907]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Ulster County) to review a determination of the Superintendent of Eastern Correctional Facility which found petitioner guilty of violating a prison disciplinary rule.

Petitioner commenced this CPLR article 78 proceeding challenging a tier II disciplinary determination finding him guilty of possessing gang-related material. The Attorney General has advised this Court that the determination at issue has been administratively reversed, all references thereto have been expunged from petitioner's institutional record, and the mandatory surcharge has been refunded to petitioner's inmate account. As petitioner has received all of the relief to which he is entitled, the matter is dismissed as moot (*see Matter of Ramos v Department of Corr. & Community Supervision*, 123 AD3d 1215, 1216 [2014]).

Peters, P.J., Lahtinen, Rose and Lynch, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.